THÔMAS GEOGAS, Also Known as THOMAS ZOGAS, and MARY GEOGAS, Also Known as MARY TH. ZOGAS, Appellants, v. NATIONAL BANK OF GREECE, Defendant, Impleaded with HELLENIC BANK TRUST COMPANY, JOHN PLASTROPOULOS and EVANGELOS HARDALOUPAS, Respondents.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted to the extent of directing an examination of the defendants John Plastropoulos and Evangelos Hardaloupas on items 1, 2, 3, 4, 10, 11, 12, 16, 17, 19 and 22 of the notice of motion; and the said order affirmed as to the defendant Hellenic Bank Trust Company, through John Plastropoulos. (See *McGowan* v. *Eastman*, 271 N. Y. 195.) The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

ROSE DIOGUARDI, Appellant, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY OF BOSTON, MASSACHUSETTS, Respondent. In the Matter of the Application of JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY OF BOSTON, MASSACHUSETTS, for a Trial at a Trial Term of This Court in New York County, of the Issues of Fact Joined in the Action of ROSE DIOGUARDI, Plaintiff, against JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY OF BOSTON, MASSACHUSETTS, Defendant, Now Pending in the City Court of Yonkers.— Order unanimously reversed, with twenty dollars costs and disbursements, and the petition dismissed, without prejudice to an application to the Supreme Court, Westchester county. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Untermyer, JJ.

In the Matter of the Application of JACOB BRAUN.— Motion denied. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of ALEXANDER E. GINSBERG, an Attorney.— Reference ordered. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

In the Matter of the Application of HERMAN C. POLLACK.— Motion denied. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

ASSOCIATED BRICK MASON CONTRACTORS OF GREATER NEW YORK, INC., and Others, Appellants, v. THOMAS A. MURRAY and Others, Defendants, Impleaded with ANDREW STREIT and Others, Respondents.— Order unanimously modified by directing an immediate trial of the issues and as so modified affirmed, without costs. Upon full adducement of the facts, including proof of all negotiations which surrounded the execution of the contract, the court may determine the question of ambiguity involved and the intention of the contracting parties with respect to each paragraph of article V of the agreement. The cause is accordingly set down for trial on the day calendar of Special Term, Part III, for February 8, 1937. Present — Martin, P. J., O'Malley, Townley, Untermyer and Cohn, JJ.

ELECTROLUX, INC., v. JOHN B. KEPNER and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.